IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JONES,<br>   Plaintiff,<br><br>  v.<br><br>C. GIDDINGS, et al.,<br>   Defendants. | C.A. No. 24-24 Erie<br><br>District Judge Susan Paradise Baxter<br>Magistrate Judge Christopher B. Brown |

## MEMORANDUM ORDER

  Plaintiff William Jones, an inmate incarcerated at the State Correctional Institution at Albion, Pennsylvania ("SCI-Albion"), initiated this *pro se* civil rights action on January 24, 2024, by filing a complaint against numerous staff members at SCI-Albion asserting claims under 42 U.S.C. § 1983 based on alleged violations of his rights under the first, eighth, and fourteenth amendments to the United States Constitution. This matter was initially referred to Chief United States Magistrate Judge Richard A. Lanzillo, and was subsequently reassigned to United States Magistrate Judge Christopher B. Brown for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

  On September 23, 2024, Defendants filed a partial motion to dismiss [ECF No. 15], to which Plaintiff was ordered to file a response by October 4, 2024 [ECF No. 18]. After Plaintiff failed to file a timely brief in opposition to Defendants' motion, the Court issued a show cause Order on October 16, 2024, requiring Plaintiff to show cause regarding his failure to respond to Defendants' motion or, alternatively, to file a brief in opposition to the motion by November 15,

2024 [ECF No. 21]. To date, however, Plaintiff has not filed any response to Defendants' motion, nor has he requested an extension of time to do so.

As a result of Plaintiff's failure to file a response to Defendants' partial motion to dismiss, Magistrate Judge Brown issued a Report and Recommendation ("R&R") on February 5, 2025, recommending that this case be dismissed for Plaintiff's failure to prosecute, that Defendants' partial motion to dismiss be denied as moot, and that all of Plaintiff's claims be dismissed with prejudice. [ECF No. 22]. Plaintiff has since failed to file timely objections the R&R.

Thus, after <u>de novo</u> review of the documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 28th day of February, 2025;

IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute, Defendants' partial motion to dismiss [ECF No. 15] is DISMISSED as moot, and all of Plaintiff's claims are DISMISSED, with prejudice, pursuant to Fed. R. Civ. P. 41(b). The report and recommendation of Magistrate Judge Brown, issued February 5, 2025 [ECF No. 22] is adopted as the opinion of the court.

The Clerk is directed to mark this case CLOSED.

SUSAN PARADISE BAXTER
United States District Judge

cc:     The Honorable Christopher B. Brown
        United States Magistrate Judge

        All parties of record